IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 18 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

JUDICIAL WATCH, INC., )
425 Third Street, S.W., Suite 800 )
Washington, DC 20024, )

        Plaintiff,

v.

U.S. AIR FORCE )
1000 Air Force Pentagon )
Washington, DC 20330-1000, )
)
        Defendant. )

Case: 1:11-cv-00932
Assigned To : Walton, Reggie B.
Assign. Date : 5/18/2011
Description: FOIA/Privacy Act

## COMPLAINT

Plaintiff Judicial Watch, Inc., brings this action against Defendant U.S. Air Force to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). As grounds therefor, Plaintiff alleges as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

### PARTIES

3. Plaintiff is a non-profit, educational foundation organized under the laws of the District of Columbia and having its principal place of business at 425 Third Street, S.W., Suite 800, Washington, DC 20024. Plaintiff seeks to promote integrity, transparency, and accountability in government and fidelity to the rule of law. In furtherance of its public interest

mission, Plaintiff regularly requests access to the public records of federal, state, and local government agencies, entities, and offices, and disseminates its findings to the public.

4. Defendant is an agency of the United States Government and is headquartered at U.S. Air Force, 1000 Air Force Pentagon, Washington, DC 20330-1000. Defendant has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5. On April 14, 2011, Plaintiff sent a FOIA request to Defendant, by facsimile and by certified mail, return receipt requested, seeking access to the following:

> a) Any and all records concerning or relating to the Air Force's processing of Judicial Watch, Inc.'s November 9, 2010 FOIA request, No. 2011-01181-F;
>
> b) Any and all metadata for the Air Force's letter, purportedly dated January 11, 2011, responding to Judicial Watch's November 9, 2010 FOIA request, No. 2011-01181-F.

6. According to U.S. Postal Service records, Plaintiff's FOIA request was received by Defendant on April 19, 2011.

7. Pursuant to 5 U.S.C. § 552(a)(6)(A), Defendant was required to respond to Plaintiff's FOIA request within twenty (20) working days of receipt, or by May 17, 2011.

8. As of the date of this Complaint, Defendant has failed to produce any records responsive to the request or demonstrate that responsive records are exempt from production. Nor has it indicated whether or when any responsive records will be produced. In short, Defendant has failed to respond to the request in any manner.

9. Because Defendant failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A), Plaintiff is deemed to have exhausted any and all administrative remedies with respect to its FOIA request, pursuant to 5 U.S.C. § 552(a)(6)(C).

## COUNT 1
### (Violation of FOIA, 5 U.S.C. § 552)

10. Plaintiff realleges paragraphs 1 through 9 as if fully stated herein.

11. Defendant is unlawfully withholding records requested by Plaintiff pursuant to 5 U.S.C. § 552.

12. Plaintiff is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to conduct a search for any and all responsive records to Plaintiff's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA request; (2) order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA request and a *Vaughn* index of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated: May 18, 2011                              Respectfully submitted,

                                                    JUDICIAL WATCH, INC.

                                                   James F. Peterson
                                                   D.C. Bar No. 450171

                                                 Jason B. Aldrich
                                                 D.C. Bar No. 495488
                                                 Suite 800
                                                 425 Third Street, S.W.
                                                 Washington, DC 20024
                                                 (202) 646-5172

                                                 *Attorneys for Plaintiff*