UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 11-cv-0932 (BJR) |
| UNITED STATES AIR FORCE | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Undersigned counsel, Kyle R. Freeny, hereby enters her appearance as counsel for the defendant in the above-captioned case, in substitution for Jacqueline Coleman Snead, whose appearance is withdrawn.

Dated: April 10, 2012

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

JOHN R. TYLER
Assistant Branch Director,
Federal Programs Branch

 /s/ Kyle R. Freeny
KYLE R. FREENY (Cal. Bar No. 247857)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., N.W.
Washington, DC  20001
Tel: (202) 514-5108/Fax: (202) 616-8470
Email:  Kyle.Freeny@usdoj.gov

*Counsel for Defendant*