# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 11-cv-0932 (BJR) |
| | ) |
| UNITED STATES AIR FORCE | ) |
| | ) |
| Defendant. | ) |
| | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE SUPPLEMENTAL BRIEF

For the reasons discussed below, defendant United States Air Force, by and through undersigned counsel, respectfully moves the Court for an enlargement of time from April 24, 2012 until May 10, 2012 to file its opening supplemental brief on the parties' cross-motions for summary judgment.

On April 10, 2012, the Court denied in part defendant's motion for summary judgment and deferred ruling on the remainder of the parties' cross-motions pending supplemental briefing on whether metadata is an "agency record" subject to the Freedom of Information Act (FOIA). [ECF No. 17]. The Court directed defendant to file its opening supplemental brief on or before April 24, 2012. *Id.* At the time the parties briefed summary judgment in late 2011, defendant had anticipated that briefing on the status of metadata under FOIA would be unnecessary in this case. *See* Def.'s Cross-Mot. for Summ. J. at 1 [ECF No. 12]; Def.'s Reply at 1, n.1 [ECF No. 16]. While defendant greatly appreciates the opportunity to file supplemental briefing on this issue in light of the Court's determination that the issue is squarely presented, defendant respectfully

requests an enlargement of time to permit it to adequately address the Court's inquiry in a manner that does justice to the importance of the issue.

Counsel for the Government is cognizant that this Court's standing order generally discourages motions for extension of time and reserves such extensions for instances where good cause is clearly evident. [ECF No. 13]. Defendant respectfully submits, however, that this case presents just such an instance of good cause. The issue to be decided by the Court – whether metadata is an "agency record" subject to FOIA – is a complex and novel issue in which numerous government components have a significant interest, including agencies not before the Court. As such, articulation of defendant's position will require careful coordination among multiple government components. To the best of undersigned counsel's knowledge, this will be the first instance in which the Government will articulate its position on this issue in the context of a summary judgment motion. Defendant does not anticipate that, even with the greatest of diligence, it will be able to both craft its brief and secure necessary review of that brief by interested government components within the two-week period set by the Court. Defendant also requires additional time to consider what, if any, evidentiary support may be required to support its position and to provide this Court with a full record on which to base its decision.

This motion for extension is further supported by the fact that undersigned counsel has only very recently taken over the handling of this matter from an attorney who, since briefing on summary judgment, has been detailed to another part of the Department of Justice. Additional time will therefore be necessary to permit her to adequately address the Court's inquiry.

Undersigned counsel contacted counsel for plaintiff on Wednesday, April 11 to confer about an extension of time, and on April 13, counsel for plaintiff indicated that plaintiff would not oppose the extension requested herein. Defendant respectfully requests that the Court grant the extension and enter the attached proposed order.

Dated: April 13, 2012    Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

JOHN R. TYLER
Assistant Branch Director,
Federal Programs Branch

 */s/ Kyle R. Freeny*
KYLE R. FREENY (Cal. Bar No. 247857)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., N.W.
Washington, DC  20001
Tel: (202) 514-5108/Fax: (202) 616-8470
Email:  Kyle.Freeny@usdoj.gov

*Counsel for Defendant*