# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-cv-0932 (BJR) |
| ) | |
| UNITED STATES AIR FORCE ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Judicial Watch and defendant United States Air Force hereby stipulate and agree to dismissal, with prejudice, of the above-captioned case, each party to bear its own attorney's fees and costs.

Dated:   April 30, 2012                                     Respectfully Submitted,

JUDICIAL WATCH, INC.                                    STUART F. DELERY
                                                        Acting Assistant Attorney General

/s/ Jason Aldrich
D.C. Bar No. 495488                                     /s/ Kyle R. Freeny
Paul J. Orfanedes                                       JOHN R. TYLER (D.C. Bar No. 297713)
D.C. Bar No. 429716                                     KYLE R. FREENY (Cal. Bar No. 247857)
Suite 800                                               U.S. Department of Justice, Civil Division
425 Third Street, S.W.                                  20 Massachusetts Ave., N.W.
Washington, DC 20024                                    Washington, DC 20001
(202) 646-5172                                          Tel: (202) 514-5108  Fax: (202) 616-8470
Attorneys for Plaintiff                                 kyle.freeny@usdoj.gov
                                                        Counsel for Defendant